IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) CIVIL ACTION NO. 1:19-00241-JB-M ) |
| **ROD COOKE CONSTRUCTION, INC., et al.,** | ) ) |
| **Defendants.** | ) |

## JUDGMENT

It is ORDERED, ADJUDGED and DECREED that a FINAL JUDGMENT be, and the same is, entered in favor of Plaintiff, Fidelity and Deposit Company of Maryland, and jointly and severally against Defendants Rod Cooke Construction, Inc., Rod Cooke Construction of Mississippi, Inc., Expert Estimating & Construction Management Services, LLC, FED I, LLC, and Rodney W. Cooke in the amount of ONE MILLION, THREE HUNDRED TEN THOUSAND, FORTY SIX DOLLARS and SEVENTY THREE CENTS ($1,310,046.73), plus prejudgment and post-judgment interest at the maximum rates permitted by law.

**DONE and ORDERED** this 24th day of June, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE